# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510                                                             Telephone: (212) 317-1200  
New York, New York 10165                                                              Facsimile: (212) 317-1620

_____

phershan@faillacelaw.com

July 11, 2019

BY ECF  
The Honorable Katherine Polk Failla  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

              Re:        Rivera Villagomez et al v. 247 Deli LLC et al;  
                            Case No. 18-cv-10515-KPF

Your Honor,

      This firm represents the Plaintiff in the above-referenced FLSA matter. Plaintiff writes to respectfully request a third extension of this Court's 30-day Order of Discontinuance originally dated April 12, 2019. The Court granted Plaintiff's first and second requests for an extension. The parties remain in agreement on most material terms of the settlement, and need some additional time to consummate the agreement. Therefore, Plaintiff requests that the Court's Order of discontinuance be extended an additional twenty-one (21) days so that the parties can endeavor to effectuate this agreement. If at that point there is still no agreement, the parties will likely request to restore this case to the active calendar. Defendants take no position as to this request.

      Plaintiff thanks the Court for its attention to this matter.

                                                                Respectfully submitted,

                                                                /s/Paul B. Hershan  
                                                                Paul B. Hershan

                                            MICHAEL FAILLACE & ASSOCIATES, P.C.
                                            Attorneys for the Plaintiff

```
Application GRANTED.

Dated:    July 12, 2019               SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

```
                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```